UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry Lee Branson, | Case No. 16-cv-2802 (WMW/LIB) |
| Plaintiff, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| v. | |
| Kevin D. Moser et al., | |
| Defendants. | |

This matter is before the Court on the July 22, 2019 Report and Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois. (Dkt. 91.) The R&R recommends granting Defendants' motion to dismiss Plaintiff's amended complaint. No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having conducted its review, the Court finds no clear error as to the R&R's determination that the Court lacks subject-matter jurisdiction to address Plaintiff's claims.

Based on the R&R, the foregoing analysis and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The July 22, 2019 R&R, (Dkt. 91), is **ADOPTED**;

2. Defendants' motion to dismiss, (Dkt. 76), is **GRANTED**; and

3. Plaintiff Terry Lee Branson's amended complaint, (Dkt. 53), is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: August 9, 2019                                             s/Wilhelmina M. Wright
                                                                  Wilhelmina M. Wright
                                                                  United States District Judge